### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| KATAKA GILLESPIE, BRITTANI GORDON, and LLOYD OWUSU, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) ) | |
| | ) | No. 09 C 6041 |
| Plaintiffs, | ) ) | Judge Lee |
| v. | ) ) | |
| DEVRY, INC., | ) ) | |
| Defendant. | ) ) | |

**FILED**
JUN 2 5 2012 *PH*
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, through their counsel, move this Court to grant preliminary approval of the class action settlement reached in this matter. In support of this motion, Plaintiffs submit the attached Memorandum of Law, and ask that the Court enter the Order Granting Preliminary Approval of Settlement, attached as an exhibit thereto.

Respectfully submitted,

Dated: June 25, 2012

One of Plaintiff's Attorneys

DOUGLAS M. WERMAN-dwerman@flsalaw.com
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008

1